UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-cv-24458-JAL

TAYLIN RIOS,

    Plaintiff(s),

v.

CORAL GABLES GLASS & MIRROR CORPORATION,
A Florida Profit Corporation,
ANIBAL GARCIA, individually,
and LOURDES GARCIA, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that the Parties in the above-styled action have settled this matter in its entirety.

Dated 2/25/16

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 533637

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___2/25/16___ I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Ena T. Diaz**
ediaz@enadiazlaw.com
ENA T. DIAZ, P.A.
999 Ponce De Leon Blvd.
Suite 720
Coral Gables, Florida 33134
Ph. 305-377-8828
Fax 305-356-1311

_____
Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 533637