UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:15-cv-24458-JAL

**TAYLIN RIOS,**

Plaintiff,

v.

**CORAL GABLES GLASS & MIRROR CORPORATION,**
a Florida Profit Corporation,
**ANIBAL C. GARCIA,** individually
and **LOURDES GARCIA,** individually

Defendant.

_____/

## ORDER APPROVING SETTLEMENT AND ENTRY OF DISMISSAL WITH PREJUDICE

Having reviewed the Parties' Settlement Agreement, it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice, with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.  And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the court and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___7___ day of ___March___ 2016.

_Joan A. Lenard_
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record